

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 20, 1939

Hon. S. J. Wilde
County Auditor
Corpus Christi, Texas

Dear Sir:

Opinion No. O-282
Re: County Judge stenographer salary
authorized. Conflict of statutes.

Your letter of February 2nd has been received
and given our consideration. You wish our opinion whe-
ther the county judge, who has heretofore employed a
stenographer on the basis of $100.00 per month, may now
employ an assistant on the basis of $125.00. You refer
to Sec. 13 of Art. 3912e, Vernon's Revised Civil Statutes,
asking whether this provision nullifies the appointment
of an assistant as mentioned in Article 3902, R. C. S.,
as amended.

Article 3902 is the statute authorizing the
appointment of deputies, assistants, clerks, etc., by
county officers generally.

The pertinent part of Sec. 13 of Article 3912e,
supra, reads as follows:

"The Commissioners' Court may authorize
the employment of a stenographer by the county
judge and pay for such services out of the
general fund of the county to an amount not
to exceed Twelve Hundred ($1200.00) Dollars
per year."

Your attention is respectfully directed to the
language of Texas Jurisprudence, Vol. 39, p. 212, sec. 114:

"In case of conflict between a general
provision and a special provision dealing with
the same subject, the former is controlled or

limited by the latter; and this is so whether the provisions in question are contained in the same act or in different enactments. In other words, when a statute makes a general provision apparently for all cases and a special provision for a particular case or class, the former yields and the latter prevails in so far as the particular case or class is concerned. In such circumstances, the special provision or statute is regarded as though it were an exception or proviso, removing something from the operation of the general law."

Many cases are cited by the text in support of the statements made.

You are, therefore, advised it is our opinion the provisions of Article 3912e would control, and the county would be precluded from paying the county judge's stenographer in excess of Twelve Hundred ($1200.00) Dollars per year.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Benjamin Woodall

Benjamin Woodall
Assistant

BW:AW

APPROVED:

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS